Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

_____ Division

Peter Sauers Pro-se Plaintiff

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Oak Property Management, Ashley Management Co.,
County Builders, Mike Meister, and Kevin Rilley,

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

REC'D DEC 27 2023

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Peter Sauers Pro-se Plaintiff |
| Address | 32 N. Westview Avenue |

| | | |
|---|---|---|
| Feasterville | Pa | 19053 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Bucks County Pennsylvania |
| Telephone Number | 215 396-6811  cell 215 805 2421 |
| E-Mail Address | psauers4@comcast.net |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Mike Meister |
| Job or Title *(if known)* | President of County Builders |
| Address | 76 Griffith Miles Circle |

| | | |
|---|---|---|
| Warminster | Pa | 18974 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Bucks County Pennsylvania |
| Telephone Number | 215 675 3141 |
| E-Mail Address *(if known)* | |

☐ Individual capacity        ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Oak Property Management |
| Job or Title *(if known)* | 76 Griffith Miles Circle |
| Address | |

| | | |
|---|---|---|
| Warminster | Pa | 18974 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Bucks County Pennsylvania |
| Telephone Number | 215 675 3141 |
| E-Mail Address *(if known)* | |

☑ Individual capacity        ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Kevin Reilly |
| Job or Title *(if known)* | Pe Pp LeedAp for  County Builders |
| Address | 76 Griffith Miles Circle |
| | Warminster |

| City | State | Zip Code |
|---|---|---|
| Warminster | Pa | 18974 |

| | |
|---|---|
| County | Bucks County Pennsylvania |
| Telephone Number | 215 675 3141 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Ashley Management Co. |
| Job or Title *(if known)* | |
| Address | 76 Griffith Miles Circle |

| City | State | Zip Code |
|---|---|---|
| Warminster | Pa | 18974 |

| | |
|---|---|
| County | Bucks County Pennsylvania |
| Telephone Number | 215 675 3141 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? West v. Akins, 487 U.S. 42, 48 (1988). Private individuals (Defendants) " may be held liable under §1983 but only if they engage in state action while violating a right secured by the Constitution" . Pro-se Plaintiff cause of action "  The First, Fifth, seventh and Fourteenth Amendment violations and fraud on the court. Original Attorney and Defendants knowingly engaged in conflict of interest and constitutional violations. Additional pages needed.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.
 Defendants as to a conflict in use of ordinance of a municipality their actions of their new ordinances made and how they obtained documentation. Before indictments shows activity in political channels that have a conflict of interest.  Original Attorney and Defendants knowingly engaged in conflict of interest and constitutional violations. Additional pages needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?
The Plaintiff owns property located in the R2 district of the Township of Lower Southampton, Feasterville Pa. 19053 at 32 N. Westview Ave. Adjoined to 531 West Street Road and doors away from 8 N. Westview Ave.  Additional pages needed.

B.   What date and approximate time did the events giving rise to your claim(s) occur?
Without transparency started with the sale of 8 Lower Southampton, Feasterville Pa. 19053 Settlement of 10 18 2013 on 8 Westview Tax parcel 21-003-111 (R-2) and Ave, 531 street Road Tax parcel 21-003-114 (R1) same year? With The federal criminal investigations, Indictments, convictions, resignation, lower court case took place till October of 2023.Fourteenth Amendment Additional pages needed.

C.   What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
Defendants knowingly engaged in conflict of interest and constitutional violations of Peter Sauers Pro-se Plaintiffs, Constitutional Rights. The First, Fifth, seventh, and Fourteenth Amendments, also was common law disregard. Original Attorney and Defendants knowingly engaged in conflict of interest in constitutional violations. (F.O.T.C). Life destroyed I suffered property damage, including the partial collapse of my inground pool. Financial damages, Constitutionally Protected violations, and damages to my reputation. My life, liberty, and pursuit of happiness at 32 Lower Southampton, Feasterville Pa. 19053 at 32 N. Westview Ave. taken away by Defendants. Involved John Waltman Judge in Bucks County, Michael J. Savona, Esq Township Solicitor, noted attorney with Savona is Michael E. Peters Esq on the bord for land transactions in Bucks County, Robert P. Hoopes Esq, Government Officials, Government Employees with Defendants. " Who else saw what happened" ? I did, hundreds of residences of Bucks County, Lower Southampton Township officials, friends, neighbors and proofreaders. Additional pages needed.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Related to the events alleged above, Mental anguish, emotional distress from living in fear from threats, harassment, and refusal to acknowledge Plaintiffs rights.

State what medical treatment therapy / counseling from psychologist.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I request the court protect my legal rights, constitutional rights and use common law. Respect their use of above for regress, to make whole in action of equal protection by making aware of special, circumstances. Civil injury for breach of contract, breach of duty, negligence, accomplices- criminal offenses, redressed through this civil action. Remedies for civil injury resulting from negligent or intentional acts of physical damage, inconvenience, mental anguish, loss of enjoyment of life injury to character and reputation damages as part of the " make whole" relief for intentional fraud on the court a discriminatory conduct. The basis for these claims is throughout and actual damages and punitive damages would need to be determined by a jury to awarded in this case.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _12 27 2023_

Signature of Plaintiff

Printed Name of Plaintiff    Peter Sauers

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

Statement: Defendants were supported financially with public tax

dollars by employment of Township Officials, Public Officers,

Equal protection of government was impossible for the Plaintiff.

Guilty by association brings on Extenuating circumstances caused

violations of a rights secured by the United States Constitution.

Plaintiff abilities, not adequate because of malpractice and Special

circumstances without assistance of the same protection removes

Equal protection. Plaintiffs' reputation, life, liberty, and pursuit of

happiness without Equal protection and due process, Not

constitutionally permitted. Plaintiff, a victim of violations by

government Officials and Defendants. Dismissing common law,

cunningly coerced into waiving My rights due to ignorance. States

require government officials to have fair procedures before

depriving a person of life, liberty, or property in common law and

superior authority of the Constitution. Plaintiff assistance

requested under Special circumstances for possibility of success

because Plaintiff mentally challenged, this is unfair procedures

without counsel, help in getting assistance for Equal protection.

(Fundamental fairness in fair procedures).

Attached additional pages: Marked accordingly D, III. A, B, V

Statement of Claims are the addendums to complaint.

D. Actions are / were against the laws violating Plaintiffs rights. *Kopec v. Tate,* 361 F.3d 772, 775-76 (3d Cir. 2004). It is well-settled that to state a claim under Section 1983, a plaintiff must aver two distinct requirements: (1) "the violation of a right secured by the Constitution and laws of the United States," and (2) that the "deprivation was committed by a person acting under color of state law." *West v. Akins,* 487 U.S. 42, 48 (1988). Plaintiff has proven his case by the preponderance of the evidence in this case. Private individuals may be held liable under §1983 but only if they engage in state action while violating a right secured by the Constitution. "To determine whether an apparently private actor has engaged in state action, courts ask "whether there is such a close nexus between the State and the challenged action that seemingly private behavior may be fairly treated as that of the State itself." Malpractice, activity on political channels had a conflict of interest confirmed.

2

Summary judgments in lower courts showed denial and deceit a fraud on the court and court errors. Denial and deceit of common law / case laws, statute, ordinance, regulation, custom, usage, show violations of Pro-se Plaintiffs Fourteenth Amendment rights etc. Constitutional rights secured by the Constitution(s) in Due process, Equal Protection, Supreme Authorities, Laws, and ordinances of Fourteenth Amendment are in violation by Defendants. Unconstitutional actions were orchestrated by Defendants proof is in following the money trail and paper trail that led to indictment and convictions of the accomplices of the Defendants. "Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974) Note: By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law, when a judge does not follow the law. The Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect". Judges 'Now have a difference of opinions if judge does not follow the law, common laws is this act a trespasser of the laws? (Suggested Answers YES).

3

Defendants had a close nexus with John Waltman Judge in Bucks County, Michael J. Savona, Esq Township Solicitor, noted attorney with Savona was Michael E. Peters Esq on the bord for land transactions in Bucks County, Robert P. Hoopes Esq, Government Officials, Government Employees. The malpractice of Attorneys' Government Officials for Defendants activity on political channels has a conflict-of-interest. Actions date back to historical precedents in suits at common law allowing the Seventh - Amendment. Violations of fiduciary duties of Defendants with help from accomplices. Plaintiff suffered monetary loss in hundreds of thousands of dollars. Pro-se Plaintiff Peter Sauers requests relief in civil damages and punitive damages also under the Seventh Amendment. The Seventh Amendment provides that in suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall "be preserved." Sherar v. Cullen, 481 F. 2d 946 (1973) "There can be no sanction or penalty imposed upon one because of his exercise of constitutional rights" New complaint is based on new facts. A trial by jury denied / disregarded by lower courts lacks merit.

"Puckett v. Cox, 456 F. 2d 233 (1972) (6th Cir. USCA) It was held that a pro se complaint requires a less stringent reading than one drafted by a lawyer. HAINES v. KERNER ET AL. Plaintiff: "Allegations, we conclude that he is entitled to an opportunity to offer proof. The judgment is reversed, and the case is remanded for further proceedings consistent herewith". 1. First Amendment Rights to freedom of speech and to petition the government for redress of grievances. Sims v. Aherns, 271 SW 720 (1925) B. Platsky v. CIA, 953 F.2d 25, 26 28 (2nd Cir. 1991). "Court errs if court dismisses pro se litigant without instruction of how pleadings are deficient and how to repair pleadings. Disregarding common law etcetera. Brings this back to the Federal authority being dismissed in lower Courts without instruction of how pleadings are deficient and how to repair pleadings. Protection of pro se complaint and constitutional rights. This is a new complaint and needs to be viewed as so in procedural due process. The "seventh Amendment protects the right to a jury trial in civil cases" only in federal court to my understanding and is set forth in malpractice, circumstances, civil damages.

Violating the First Amendment, Fifth Amendment, seventh

Amendment, and the Fourteenth Amendment, Defendants

orchestrated all actions. The federal criminal investigations,

Indictments, convictions, resignation, etc., should be sufficient

according to the rules, applicable law, and constitutional rights in

Federal Court for trial now that the Pro-se Plaintiffs constitutional

rights were overlooked, denied in favor of Defendants in lower

courts.  Pro-se Plaintiffs will amend if necessary for a more

detailed complaint to show errors of lower courts. Violating a Pro-

se Plaintiffs rights and fraud on the court is throughout, judges in

disagreement etc. Nudd v. Burrows, 91 U.S 426. "Fraud vitiates

everything" Boyce v. Grundy, 3 Pet. 210 "Fraud vitiates the most

solemn contracts, documents and even judgments." All were

done with Summary judgments and 12(b)(6) motions in favor of

criminals collaborating with Defendants. This is a new filing de

novo for the federal authority. Pro-se Plaintiff is doing his best not

to be long winded, repetitive, and apologizes for his intellectual

disability noted as Special circumstance for assistance.

III. Statement of Claims Peter Sauers Pro-se Plaintiff States

Defendants violations under color of statute, ordinance,

regulation, custom, or usage, of Lower Southampton Township

Feasterville Pa. Caused Plaintiff of the United States within the

jurisdiction thereof to the deprivation of Plaintiffs rights,

privileges, or immunities secured by the Constitution and laws, in

above and shall be liable to the party injured in an action at law,

suit in equity is proper proceeding for redress and liable for civil

damages / punitive damages. A Seventh Amendment claim for

the right of trial by jury is preserved to set authority in this court.

Defendants obtained and used sham and bogus documentation in

Lower Southampton Township. Defendants were personally

involved in Conflict-of-interest in transactions with Township

officials in arbitrary exercise of the municipality's police powers

breach of duty for financial gain. Wrongful action, The date of

Settlement of 10 18 2013 on 8 Westview Tax parcel 21-003-111

(R-2) Ave, 531 street Road Tax parcel 21-003-114 (R1) same

year to my understanding.

Resolution No.2017-20 approved 12th day of April 2017 for commercial use, two zoning maps in used removing equal protection for residents. On August 24, 2018, the Pennsylvania Department of Labor and Industry opened an investigation into the Lower Southampton Zoning and Building Department because of the findings from the Keystone Report, which reviewed 26 representative sample building and zoning permits for irregularities and compliance with department procedures. 531 West Street Road Project and Oak Properties/Ashley Property Management explicitly named in the report, the Defendant's all Defendant's took part in "fraud on the court". Peter Sauers the, Plaintiff Filed 8-17-2015 at 10:18 AM: to the Court of Common Pleas for a mandamus to stop Defendant's et al for a cease and desist of the 531 West Street Road Project.  Honorable Judge Wallace Bateman Jr. Reassigned, April 8, 2016. ORDER on or about: Filed April 18, 2016, Defendant's et al, Motion to Dismiss with Prejudice that was granted by Honorable Judge Wallace Bateman Jr. Judge actions was prematurely, on a 12(b)(6) motion Judge Bateman Jr. errors. Court errors.

Knowingly engaged in an agreement to obtain variances, waiver even though the mandatory notice process was not followed. Given that the Town's Solicitor agreed to collaborate with the developer to have a second rezoning map / maps without notice. Without public input are clear violations of due process and contrary to applicable statutes and law to protect residents. All Unconstitutional actions by Defendants knowingly engaged Public Officials and Public offices for dishonest dealing damaging Plaintiff. Cunningly coerced into waiving My Plaintiff rights due to ignorance, equal protection, and due process, is superior authority that are guaranteed in the United States Constitutions and State for all the people includes individual rights, expression that are inalienable rights. Plaintiff requested that Honorable Judge Robert O. Baidi allow next of friend status in My case. Supreme authority of the United "States that requires government officials to fair- procedures before depriving a person of life, liberty, or property without equal protection. Defendants supported financially with public tax dollars equal protection of government taken in this act was unconstitutional.

To Honorable Judge Robert O. Baidi Plaintiff Peter Sauers respectfully requested a Jury Trial and next of friend support in the Court of Common Pleas for civil damages and punitive damages.  Date 5, 5, 2023 Denied/ disregard it.

1: Claim that Municipalities Planning Code procedures disregarded, bribing officials et al, for spot zoning and Unconstitutional actions, depriving Plaintiff of Equal Protection, Due Process clauses of both Federal and State Constitutions, under judicial precedent have been disregarded in favor for Defendants by the Court of Common Pleas.

2. Claim in procedures, Pennsylvania Department of Labor, and Industry, there were "irregularities in compliance with department procedures" Plaintiff had a right to compliance with department procedures. 531 West Street Road Project and Oak Properties/Ashley Property Management explicitly named in the Keystone Report use by the Department of Labor and Industry.

Defendants violated Plaintiffs rights after indictments,
convictions of Lower Southampton Township officials.
Michael J. Savona Esq., Solicitor, convicted of federal bribery
and corruption charges for his acts as Township Solicitor.
Mr. Robert Hoopes Esq convicted of federal charges and
corruption charges for their acts as Township officials.


3: Claim of "A representation of facts" private actor has
engaged in state action in Court of Common Pleas such a close
nexus between the State, government officials that challenged
actions that seemingly private behavior fairly treated as that of
the State itself. Missing Documentation, Bogus Documentation,
Variances, Waiver shows "its falsity" and its "materiality in" use
by Defendants knowingly engaged with full "knowledge of its
falsity" with payment to government officials et al, disregarding
Equal Protection etc.

Defendants acted upon the Plaintiffs "ignorance of its falsity",

and coercive power based on new facts that were not known

and in existence at the time of the original case filing till

Indictments, convictions of public Officials corruption is clear.

 Lack of any ethical conduct injuring the Plaintiff. "Reliance on"

the Defendants, Government Officials, Government Employees,

Courts to act within the "rule of law" to keep to their oaths,

verbal agreements, and Constitutionally Protected Rights of

Plaintiff. Coercion of all involved after Indictments, convictions,

resignation etc.


4.  Violation of exercise of the municipality's police powers

threats used to force Plaintiffs silence. The Court of Common

Pleas unknowingly allowed criminals to use our court system in

taking no action after Michael J. Savona Esq., Solicitor and Mr.

Robert Hoopes Esq. et al convicted of federal charges working

with Defendants. The Honorable Gene E.K. Pratters confirms that

there are certain facts, were at the time were incomplete but not

now.

5. Given the Defendants and Original Council et al. acts, there are currently 48 townhouses using one R2 parcel for access, causing traffic, noise, and pollution to Appellate property and property damage.  Mike Meister, and Kevin Reilly guaranteed: Page 8 8, 12 2015 Mr. McFadden asked what the setback behind those existing homes is. Mr. Reilly said there is a 25 foot buffer that is required by Code, the setback is only a 20 foot setback, but we are providing 60 foot clear distance from the back of our buildings to the rear property line, that is one of the coordination's we had with the neighbors, that we were able to move those units another 15 feet off the property line to give a little added buffer Mike Meister verbally told me he would give us an eighty feet setback off the property line with a privacy fence on the property clear falsehood. <u>Breach of verbal contract</u>. The changes to the zoning were contrary to the rules and law since the Plaintiff was not given adequate notice etc. Defendants breached Plaintiffs rights, civil damages, and punitive damages to make whole in amount of two million dollars for economic and financial devastation in restitution.

6, Performing the scheme of spot zoning, the Defendants somehow removed parcels from the Bucks County public records. The Original Council erroneously told the District Court that "The property has not been rezoned since approximately 2008. There was no rezoning in 2013." In 2023 Honorable Judge Wallace Bateman Jr. Judge confirmed NO rezoning at all. Any rezoning use is just one arbitrary exercise of the municipality's "police powers" and is therefore unconstitutional. "In use by Defendants the use of the GALMAN GROUP documentation shows a "fraud on the court" by Original Council and Defendants by trickery and deception. There never was any legal egress or digress for the 531 West Street Road Project as why the GALMAN GROUP pulled out, state officials confirm this in 2010.

A. Where did the events giving rise to your claim(s) occur? The Plaintiff owns property located in the R2 district of the Township of Lower Southampton, Feasterville Pa. 19053 at 32 N. Westview Ave. Adjoined to 531 West Street Road and doors away from 8 N. Westview Ave.

Financial damages, Constitutionally Protected damages, and damages to my reputation. My life, liberty, and pursuit of happiness at 32 Lower Southampton, Feasterville Pa. 19053 at 32 N. Westview Ave. taken away by Defendants.

"Who did what"? Was anyone else involved? Defendants Oak Property Management, Ashley Management Co., County Builders, Mike Meister, and Kevin Reilly paid and had a close nexus with Government Officials, Government Employees and one judge to secure illegal documentation, illegal acts to bypass proper legal channels. The lower courts allowed Conflict-of-interest in transactions that shows fraud on the court. Michael J. Savona Esq., Solicitor convicted of federal bribery and corruption charges for his acts as Township Solicitor employed by Defendants. "Robert P. Hoopes, of Doylestown, Pennsylvania, pleaded guilty to one count of conspiracy to commit money laundering and four counts of Hobbs Act extortion under color of official right made documentation for Defendants August 26, 2015. Francis X. Dillon Begley Carlin & Mandio, LLP ...Mr. Dillon serves as the Services Commission. Solicitor for Lower Southampton Township.

The F.B.I, Township officials, Department of Labor, and Industry, D, A of Bucks County, Lower Southampton Zoning and Building Department, the Keystone Report, Newspaper reporters and others were involved, looking into Lower Southampton corruption. "Who else saw what happened"? I did Plaintiff, hundreds of residences of Bucks County, Lower Southampton Township officials, friends, neighbors, federal courts, Public Officers, co- worker etc.


V. Injuries If you sustained injuries related to the events alleged above, Mental anguish, emotional distress from living in fear from threats, harassment, refusal to acknowledge Plaintiff's rights. State what medical treatment therapy / counseling from psychologist. V. Relief State briefly what you want the court to do for you. I request the court protect my legal rights, constitutional rights and use common law. Respect their use of above for regress, to make whole in action of equal protection by making aware of "special circumstances" for assistance for procedural due process. Witnesses, evidence in a jury trial and Relief in damages.

"If requesting money damages, include the amounts of any actual damages and punitive damages claimed for the acts alleged. Two million dollars, for economic and financial devastation Physical harm, damage done to Plaintiff`s person and property by breach of contract, breach of duty, negligence, etc. by Defendants offenses in use of Breach of verbal contract and written contracts going back to 8-17-2015 at 10:18 AM.

Explain the basis for these claims, Non-use of property located in the R2 district of the Township of Lower Southampton, Feasterville Pa. 19053 at 32 N. Westview Ave as intended. Not made known location two-year rental of townhouse by wife, another house unknown location. Cost of two houses new mortgage, taxes, utilities, etcetera. Property damage at 32 N. Westview and deterioration. Loss of reputation, depriving Plaintiff`s life, liberty, and property creating economic and monetary loss over the last ten years. Defendants and Original Council violations of law taking of constitutional rights and the inflation over the last ten year to making whole is harder now. Interference of my marriage, family life etc.

I HEREBY CERTIFY that a true and correct copy and copies of the foregoing will served upon Stephen B. Harris Esq. of HARRIS AND HARRIS 1760 Bristol Rd, Warrington, PA 18976 Phone: (215) 343-9000 US mail. And Defendants Oak Property Management, Ashley Management Co., County Builders, Mike Meister, and Kevin Reilly, at 76 Griffith Miles Circle Warminster Pa.18974.


Verification PLAINTIFF/ Appellate PETER SAUERS Pro-se ADA the Plaintiff verifies that he is representing himself in this action, and that the statements made in the forgoing is true and correct to the best of his knowledge, information and belief and the testimony and what's on record. He understands that false statements made herein are subject to the penalties of law. Plaintiff reserves the right to amend and notes in this all in original action.

