HARRIS AND HARRIS  
By: Stephen B. Harris, Esquire            Attorney for Defendants  
Attorney I.D. No. 01928  
1760 Bristol Road, P. O. Box 160  
Warrington, PA  18976  
(215) 343-9000  

IN THE UNITED STATES DISTRICT COURT  
FOR THE EASTERN DISTRICT OF PENNSYLVANIA  

| | |
|---|---|
| PETER SAUERS, Pro-Se<br>       Plaintiff<br><br>v.<br><br>OAK PROPERTY MANAGEMENT LP,<br>ASHLEY MANAGEMENT CO.,<br>COUNTY BUILDERS,<br>MIKE MEISTER and KEVIN REILLY,<br>       Defendants | NO. 2:23-cv-05146-GEKP |

## Rule 7.1 Disclosure

Defendant Oak Property Management, L.P., does not have any parent company and no public corporation owns 10% or more of its stock.

Respectfully submitted,

HARRIS AND HARRIS

By: _____  
Stephen B. Harris, Esquire  
Attorney I.D. #01928  
Attorneys for Defendants

E:\WPDOCS\Maria\County Builders\US District Court\Rule 7.1 Disclosure (2-14-24).docx

HARRIS AND HARRIS
By: Stephen B. Harris, Esquire         Attorney for Defendants
Attorney I.D. No. 01928
1760 Bristol Road, P. O. Box 160
Warrington, PA  18976
(215) 343-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PETER SAUERS, Pro-Se        :  NO. 2:23-cv-05146-GEKP
    Plaintiff          :
                 :
  v.              :
                 :
OAK PROPERTY MANAGEMENT LP,  :
ASHLEY MANAGEMENT CO.,     :
COUNTY BUILDERS,        :
MIKE MEISTER and KEVIN REILLY,  :
    Defendants         :

### **Rule 7.1 Disclosure**

Defendant County Builders, Inc., does not have any parent company and no public corporation owns 10% or more of its stock.

                    Respectfully submitted,

                    HARRIS AND HARRIS

                    By: _____
                       Stephen B. Harris, Esquire
                       Attorney I.D. #01928
                       Attorneys for Defendants

E:\WPDOCS\Maria\County Builders\US District Court\Rule 7.1 Disclosure (2-14-24).docx

HARRIS AND HARRIS
By: Stephen B. Harris, Esquire          Attorney for Defendants
Attorney I.D. No. 01928
1760 Bristol Road, P. O. Box 160
Warrington, PA 18976
(215) 343-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER SAUERS, Pro-Se<br>    Plaintiff | NO. 2:23-cv-05146-GEKP |
| v. | |
| OAK PROPERTY MANAGEMENT LP,<br>ASHLEY MANAGEMENT CO.,<br>COUNTY BUILDERS,<br>MIKE MEISTER and KEVIN REILLY,<br>    Defendants | |

**CERTIFICATE OF SERVICE**

    I, STEPHEN B. HARRIS, ESQUIRE, of Harris and Harris, attorneys for the Defendants, do hereby certify that I caused true and correct copies of **Rule 7.1 Disclosures** to be served this date on the following individual by sending same by first class mail, postage prepaid:

    Peter W. Sauers
    32 North Westview Ave.
    Feasterville, PA 19053

    HARRIS AND HARRIS

Dated: 2/22/24      By: _____
    Stephen B. Harris, Esquire
    Attorney for Defendants

E:\WPDOCS\Maria\County Builders\US District Court\COS.docx