IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER SAUERS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-5146 |
| | : | |
| OAK PROPERTY MANAGEMENT, ASHLEY MANAGEMENT CO., COUNTY BUILDERS, MIKE MEISTER, KEVIN REILLY | : : : : | |

## ORDER

**AND NOW**, this 10th day of June 2024, upon considering Defendants' Motion to dismiss (ECF No. 5) the Complaint (ECF No. 1), Plaintiff's Response (ECF No. 8), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendant's Motion to dismiss (ECF No. 5) requiring we:

1. **DISMISS** the federal claims with prejudice;

2. **DISMISS** the Pennsylvania supplemental claims without prejudice to be timely pursued in state court if possible; and,

3. **DIRECT** the Clerk of Court **close** this case.

_____
KEARNEY, J.